# Sedgwick
### DETERT, MORAN & ARNOLD LLP

125 BROAD STREET, 39TH FLOOR   NEW YORK, NY 10004-2400

www.sdma.com   212.422.0202 *phone*   212.422.0925 *fax*

*Michael H. Bernstein*
*(212) 898-4011*
*michael.bernstein@sdma.com*

September 1, 2010

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 02 SEP 2010

*Via E-mail (crottyNYSDChambers@nysd.uscourts.gov)*
Hon. Paul A. Crotty, U.S.D.J.
United States District Court For The
Southern District of New York
500 Pearl Street, Courtroom 20-C
New York, New York 10007

Application GRANTED. The conference is adjourned to 9/16/10 at 3:00pm in Courtroom 20-C.

Re: *Iftihkar Ahmad v. Hartford Life And Accident Insurance Company*
Civ. Act. No. 10-cv-4545(PAC)
File No.: 02489-000081

SO ORDERED: 02 SEP 2010

[signature]

HON. PAUL A. CROTTY
UNITED STATES DISTRICT JUDGE

Dear Judge Crotty

This office represents defendant Hartford Life and Accident Insurance Company with regard to the above-referenced matter. We are in receipt of the Court's Order scheduling an initial conference for September 13, 2010. I am unavailable on that date as I am required to be in Minneapolis, Minnesota from September 13th through 15th to attend a previously scheduled business meeting. Accordingly, I request an adjournment of the conference on that date.

This is the first request for an adjournment of this conference. This adjournment will not affect any previously scheduled dates. I have also spoken with plaintiff's counsel, who consents to the adjournment. We have discussed alternate dates on which both counsel are available, which include the afternoon of September 16, the morning of September 17 or all day on September 20, 2010.

Thank you for your consideration of this matter.

Respectfully submitted,

s/
Michael H. Bernstein
Sedgwick, Detert, Moran & Arnold LLP

MHB/jts

cc: Scott M. Riemer, Esq.

**MEMO ENDORSED**

NY/597514v1