
**RIEMER & ASSOCIATES** LLC
ATTORNEYS AT LAW

60 east 42nd street  suite 1750
new york, new york 10165
t 212.297.0700  f 212.297.0730
info@riemerlawfirm.com  www.riemerlawfirm.com

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 14 DEC 2010

December 13, 2010

**VIA TELEFAX (212-805-6304)**

Hon. Paul A. Crotty
United States District Court
500 Pearl Street
Room 20C
New York, NY 10007-1312

SO ORDERED: 14 DEC 2010

HON. PAUL A. CROTTY
UNITED STATES DISTRICT JUDGE

Re: Ahmad v. Hartford Life and Accident Insurance Company
10 CV 4545 (PAC)(MHD)

Dear Judge Crotty:

We are counsel to plaintiff in the above-referenced action. As requested at the conference on December 6, 2019, the parties submit this joint letter.

To accommodate the vacation plans of counsel, the parties respectfully request that the end of discovery be extended from January 15, 2011 through January 31, 2011.

The parties believe that the case could be decided on summary judgment and propose the following briefing schedule:

Moving Briefs:       3/2/11
Opposition Briefs:   3/30/11
Reply Briefs:        4/18/11

Respectfully yours,

Scott M. Riemer

cc: Michael Bernstein, Esq.

**MEMO ENDORSED**