**RIEMER & ASSOCIATES LLC**
ATTORNEYS AT LAW

60 east 42nd street suite 1750
new york, new york 10165
t 212.297.0700 f. 212.297.0730
info@riemerlawfirm.com www.riemerlawfirm.com

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 01 SEP 2011
```

August 31, 2011

VIA FACSIMILE

Hon. Paul A. Crotty
United States District Court
500 Pearl Street, Room 20C
New York, NY 10007-1312

Re: Ahmad v. Hartford Life and Accident Ins. Co.
10 CV 4545 (PAC)(MHD)

Dear Judge Crotty:

We are counsel to Plaintiff in the above-referenced action. We write to request an extension to file moving briefs in support of summary judgment from September 9, 2011 to September 28, 2011. Counsel for Hartford has consented to the request. This is plaintiff's first request for an extension. (The deadline to file moving briefs was previously adjourned four times in order to complete discovery and resolve discovery disputes.)

The extension is requested because the undersigned counsel would have great difficulty filing Ahmad's moving brief by September 9, 2011 because he is preparing for an oral argument before the Second Circuit scheduled for September 12, 2011, *Bendik v. Hartford Life Ins Co.*, 10-2968cv.

Plaintiff, therefore, requests that the Court approve the following revisions to the current Scheduling Order entered on June 23, 2011.

|  | Current Deadline | Proposed Deadline |
|---|---|---|
| Moving Briefs | September 9, 2011 | September 28, 2011 ✓ |
| Opposition Briefs | September 23, 2011 | October 18, 2011 ✓ |
| Reply Briefs | September 30, 2011 | November 2, 2011 ✓ |

Thank you for your consideration of this matter.

Respectfully yours,

Scott M. Riemer

cc: Michael Bernstein, Esq

SO ORDERED:
01 SEP 2011

HON. PAUL A. CROTTY
UNITED STATES DISTRICT JUDGE

*(stamp: ENDORSED)*