```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 29 SEP 2011
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

IFTIKHAR AHMAD,

                Plaintiff,

-against-

HARTFORD LIFE AND ACCIDENT
INSURANCE COMPANY,

                Defendant.
------------------------------------------------------------X

10 CV 4545 (PAC)(MHD)

STIPULATION
FOR FILING DOCUMENTS
UNDER SEAL + Terminating Motion.

WHEREAS, on December 30, 2010, the parties entered into a stipulated protective order which was so ordered by the Court;

WHEREAS, Hartford has produced documents to plaintiff pursuant to such protective order;

WHEREAS, it is the contention of Hartford that the produced documents and information contained in these documents contain confidential business information and confidential personal employee information that should not be disclosed to the public.

IT IS, THEREFORE, ORDERED, that the documents attached as **Exhibits 1 through 7** of the Affirmation of Scott M. Riemer, dated September 28, 2011, filed in support of plaintiff's motion for summary judgment, are to be filed under seal and remain subject to the protections of the stipulated protective order. *The Clerk of Court shall terminate #29 from ECF.*

Dated: New York, New York
         September 28, 2011

_____                                    _____
Michael H. Bernstein (MB____)                                Scott M. Riemer (SR5005)
SEDGWICK LLP                                                 RIEMER & ASSOCIATES
125 Broad Street, 39th Floor                                 60 East 42nd Street, Suite 1750
New York, New York 10004                                     New York, NY 10165

SO ORDERED: 29 SEP 2011

_____
HON. PAUL A. CROTTY
UNITED STATES DISTRICT JUDGE