ATTORNEYS AT LAW

125 BROAD STREET, 39TH FLOOR   NEW YORK, NY 10004-2400

www.sedgwicklaw.com   212.422.0202 *phone*   212.422.0925 *fax*

# Sedgwick LLP

*John T. Seybert*
*(212) 898-4028*
*john.seybert@sdma.com*

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 14 OCT 2011
```

October 13, 2011

*Via E-mail (crottyNYSDChambers@nysd.uscourts.gov)*
Hon. Paul A. Crotty, U.S.D.J.
United States District Court For The Southern
District of New York
500 Pearl Street, Courtroom 20-C
New York, New York 10007

Re: *Iftikhar Ahmad v. Hartford Life And Accident Insurance Company*
Civ. Act. No. 10 cv 4545(PAC)(MHD)
File No.: 02489-000081

Dear Judge Crotty:

This office represents the defendant, Hartford Life And Accident Insurance Company ("Hartford"). We write to request an extension of the October 18, 2011 deadline to file opposition to motions for summary judgment. (Doc. No. 19).

Both parties timely filed motions for summary judgment on September 28, 2011. On Monday, our client's father passed away, and he is unavailable to review or assist in preparing the opposition. Plaintiff's counsel consents to the extension of time. This is the second request for an extension of time of the briefing schedule, and the first request was granted.[1] The dates affected are as follows:

| Description | Current Deadline | Proposed Deadline |
|---|---|---|
| Last day to file opposition | October 18, 2011 | November 4, 2011 ✓ |
| Last day to file reply | November 2, 2011 | November 18, 2011 ✓ |

Thank you for your consideration of this matter.

Respectfully submitted,

s/
John T. Seybert
Sedgwick LLP

cc: Scott M. Riemer, Esq. (via email)

SO ORDERED: 14 OCT 2011

*/s/ Paul Crotty*
HON. PAUL A. CROTTY
UNITED STATES DISTRICT JUDGE

MEMO ENDORSED

---

[1] The Court adjourned the deadline for filing motions for summary judgment in order to complete discovery and resolve discovery disputes.

NY/753438v1