# Sedgwick LLP

ATTORNEYS AT LAW

125 BROAD STREET, 39TH FLOOR   NEW YORK, NY 10004-2400

www.sedgwicklaw.com   212.422.0202 phone   212.422.0925 fax

*John T. Seybert*
*(212) 898-4028*
*john.seybert@sedgwicklaw.com*

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 01 NOV 2011
```

November 1, 2011

*Via E-mail (crottyNYSDChambers@nysd.uscourts.gov)*
Hon. Paul A. Crotty, U.S.D.J.
United States District Court For The Southern
District of New York
500 Pearl Street, Courtroom 20-C
New York, New York 10007

Re: *Iftikhar Ahmad v. Hartford Life And Accident Insurance Company*
    Civ. Act. No. 10 cv 4545(PAC)(MHD)
    File No.: 02489-000081

Dear Judge Crotty:

This office represents the defendant, Hartford Life And Accident Insurance Company ("Hartford"). We write to request a further extension of the November 4, 2011 deadline to file opposition to motions for summary judgment by three business days. (Doc. No. 39).

Both parties timely filed motions for summary judgment on September 28, 2011. Our client is located in the Hartford-Simsbury, CT area, which was hit with an unexpected snowstorm on Saturday, October 29, 2011 and caused numerous power outages in the area. Our client's office is closed and is expected to remain closed through November 4, 2011. Plaintiff's counsel consents to the extension of time. This is the third request for an extension of time of the briefing schedule, and the first two requests were granted.[1] The dates affected are as follows:

| Description | Current Deadline | Proposed Deadline |
| --- | --- | --- |
| Last day to file opposition | November 4, 2011 | November 9, 2011 |
| Last day to file reply | November 18, 2011 | November 22, 2011 |

SO ORDERED:   01 NOV 2011

*/s/ Paul A. Crotty*

HON. PAUL A. CROTTY
UNITED STATES DISTRICT JUDGE

MEMO ENDORSED

---

[1] The Court adjourned the deadline for filing motions for summary judgment in order to complete discovery and resolve discovery disputes.

NY/754587v1

Hon. Paul A. Crotty, U.S.D.J.
Re: *Iftikhar Ahmad* v. *Hartford Life And Accident Insurance Company*
    Civ. Act. No. 10 cv 4545(PAC)(MHD)

November 1, 2011
Page 2

    Thank you for your consideration of this matter.

Respectfully submitted,

s/
John T. Seybert
Sedgwick LLP

cc:  Scott M. Riemer, Esq. (via email)

NY/754587v1