```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 14 NOV 2011
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
IFTIKHAR AHMAD,

               Plaintiff,

     -against-

HARTFORD LIFE AND ACCIDENT
INSURANCE COMPANY,

               Defendant.
------------------------------------------------------------X

Civ. Act. No.: 10 CV 4545 (PAC)(MHD)

**STIPULATION FOR FILING
DOCUMENTS UNDER SEAL**

WHEREAS, on December 30, 2010, the parties entered into a Stipulated Protective Order (the "Protective Order"), Doc. No. 12, which was so ordered by the Court:

WHEREAS, the parties, Hartford Life and Accident Insurance Company ("Hartford") and Iftikhar Ahmad ("Ahmad"), have exchanged documents pursuant to the Protective Order;

WHEREAS, it is Hartford's contention that the produced documents and information contained in these documents contain confidential business information and confidential personal employee information that should not be disclosed to the public.

WHEREAS, on September 28, 2011, Ahmad moved for an order to file certain documents under seal (Doc. No. 29), and on November 9, 2011, Hartford filed a motion to file certain documents under seal;

IT IS, THEREFORE, ORDERED, that the unredacted versions of: (i) Affirmation of Scott M. Riemer dated September 28, 2011 with exhibits (Doc. No. 30); (ii) Plaintiff's Memorandum of Law In Support Of His Motion For Summary Judgment dated September 28, 2011 (Doc. No. 32); (iii) Plaintiff's Rule 56.1 Statement of Material Facts dated September 28, 2011 (Doc. No. 35); (iv) Hartford's Memorandum of Law dated November 9, 2011 (Doc. No. 44); (v) Hartford's Rule 56.1

NY/755267v1

Counterstatement dated November 9, 2011 (Doc. No. 45); (vi) Ahmad's Memorandum of Law dated November 9, 2011 (Doc. No. 41); (vii) Ahmad's Response to Defendant's Rule 56.1 Statement (Doc. No. 43); and the Declaration of Johanna Cobb, R.N. ("Cobb Dec.") dated October 27, 2011, are to be filed under seal and remain subject to the protections of the stipulated protective order.

IT IS FURTHER ORDERED, that the unredacted versions will be deemed timely filed provided that they are submitted to the Court under seal within seven (7) days from the date of this Order.

IT IS FURTHER ORDERED, that Ahmad and Hartford withdraw their motions for an order filing the above-referenced documents under seal.

Dated: New York, New York
November 10, 2011

_____
Michael H. Bernstein
John T. Seybert
Daniel M. Meier
SEDGWICK LLP
125 Broad Street, 39th Floor
New York, New York 10004-2400

_____
Scott M. Riemer
RIEMER & ASSOCIATES
60 East 42nd Street, Suite 1750
New York, NY 10165

IT IS SO ORDERED:

_____
PAUL A. CROTTY
UNITED STATES DISTRICT JUDGE
DATED: 14 NOV 2011

2

NY/755267v1