```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: February 17, 2012
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
Iftikhar Ahmad,

                Plaintiff,

  -against-

Hartford Life and Accident Insurance Company,

                Defendants.
------------------------------------------------------------X

**10 Civ. 04545 (PAC)**

**ORDER OF DISCONTINUANCE**

HONORABLE PAUL A. CROTTY, United States District Judge:

The Court having been advised that the parties reached a settlement in principal, it is,

**ORDERED**, that the above-entitled action be and hereby is discontinued, without costs to either party, subject to reopening and reinstatement of the summary judgment motions should the settlement not be consummated within sixty (60) days of the date hereof.  In the event the parties require more than the 60 days, either party shall submit a letter to the Court seeking the extension.  The Clerk of Court is directed to terminate the pending motions, deadlines, and this case.

Dated:  New York, New York
         February 17, 2012

SO ORDERED

_____
PAUL A. CROTTY
United States District Judge

1

ATTORNEYS AT LAW

125 BROAD STREET 39TH FLOOR  NEW YORK NEW YORK 10004 2400

www.sedgwicklaw.com  212 422 0202 phone  212 422.0925 fax

# Sedgwick LLP

Michael Bernstein
(212) 898-4011
michael.bernstein@sedgwicklaw.com

February 17, 2012

*Via Facsimile ((212) 805-6304)*
Hon. Paul A. Crotty, U.S.D.J.
United States District Court Judge
United States District Court For The Southern
District of New York
500 Pearl Street, Courtroom 20-C
New York, New York 10007

Re: *Iftikhar Ahmad* v. *Hartford Life and Accident Insurance Company*
    Civ. Act. No.:    10 cv 4545(PAC)(MHD)
    File No.: 02489-000081

Dear Judge Crotty:

    This office represents the defendant, Hartford Life And Accident Insurance Company ("Hartford"), in the above-referenced matter. We write to advise you that the parties have reached a settlement in principle of this matter. We respectfully request that the Court grant us sixty days to complete the settlement at which time a stipulation withdrawing the competing motions for summary judgment and dismissing the action with prejudice will be submitted for the court's approval.

    Thank you for your consideration of this matter.

Regards,

Michael H. Bernstein
Sedgwick LLP

MHB

cc: Scott M. Riemer, Esq.

NY/847673v1