USDC SDNY Crotty, J
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3-23-12

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
IFTIKHAR AHMAD,

         Plaintiff,

-against-

HARTFORD LIFE AND ACCIDENT
INSURANCE COMPANY,

         Defendant.
------------------------------------------------------------X

Civ. Act. No.: 10 CV 4545 (PAC)(MHD)

+ Order

STIPULATION OF DISMISSAL
WITH PREJUDICE

It is hereby stipulated and agreed, by and between the undersigned counsel for all appearing parties to the above-entitled action, that pursuant to Rule 41(a)(1)(A)(ii), FED. R. CIV. P., the Court dismiss this lawsuit with prejudice, and without attorney's fees or costs to any party as against another. This stipulation may be filed without further notice with the Clerk of the Court.

It is also hereby stipulated and agreed, that this Stipulation of Dismissal may be executed in counterparts and all signatures faxed or sent electronically shall have the same force as though executed in the original.

Dated: New York, New York
March 19, 2012

_____
Scott M. Riemer
RIEMER & ASSOCIATES
60 East 42nd Street, Suite 1750
New York, NY 10165
*Attorneys for Plaintiff*

_____
Michael H. Bernstein
John T. Seybert
SEDGWICK LLP
125 Broad Street, 39th Floor
New York, New York 10004-2400
*Attorneys for Defendant*

SO ORDERED

_____  3-23-12
HON. PAUL A. CROTTY
UNITED STATES DISTRICT JUDGE

NY/849567v1